Dear Judge Polster,

My name is Kayla Dahlhausen, I am the sister of Joshua Glover. I am writing you today to ask for mercy when considering my brother's sentencing, when I know how difficult it is under these circumstances. I would like to tell you about our childhood growing up just to give some insight. We were raised by a mentally abusive alcoholic father and emotionally unavailable mother. I grant my parents grace as I feel they did the best with the knowledge they had, even though it fell short. I never felt safe or loved as a child. There are three siblings total, my eldest brother who is a drug addict, my middle brother Josh, then me. My brother Josh took over and became a father figure to my nephew Baron when my other brother showed zero interest in being a father. It

took a lot to remove myself from that environment and I am a Registered Nurse today taking care of oncology patients. I fear my brothers did not make it out of childhood unscathed. I cannot truly for certain say what happened to them in their childhood but I believe it was not good. Josh is also a survivor of childhood Leukemia, which I think scarred him in many ways. I fully understand being sick and abused as a child does not give anyone an excuse to their future behaviors, but may shed some light on things. To say these charges against my brother completely shocked me would be an understatement. In Josh's adult years for about ten years he kept the same job and helped provide for my mother. He was a kind and good family/friend. My mother is ailing in health and everything as of recent has made it worse. I am asking for one,

and only one chance to give my brother an opportunity at getting out and showing he can be a positive, healthy member of society.

Thank you for your time and consideration.

Kayla Dahlhausen

Baron Glover
10-27-25


Hello your honor my name is Baron Glover and I am the nephew of my uncle Joshua Glover. I'm here writing this note to you to tell you who Josh is to me and the importance and misunderstanding people may think about him. I ask you to hear me out to the fullest and make your judgement of my uncle afterwards thank you.

 Growing up as a child my father was in and out of my life and my mother was always working hard trying to maintain the necessaries a child needs, I would always stay at my grandpas house were my uncle Josh lived during early 20s and over the years he would always take care of me and always make sure there was a smile on my face and always to make sure that whatever he did with me was priceless memories. Even when he was an adult and I was just merely a child he was always a responsible caretaker and never once had any bad intentions and acted super mature for his age

After a year or so my mother decided to take me away from my fathers side for a period of time for certain reasons. I was so confused and sad not wanting to say goodbye to Josh and my Grandpa. My mother would move in back with her mother during this time, taking me with her as well, my other grandma would welcome me in with open arms but something felt like it still was missing in my life. A while would pass with no word from my mother about my fathers side and I slowly started to forget them entirely, but I remember that my mother would finally decide to start allowing me to see my father side again by allowing me to stay the night occasionally with my other grandma from my dads side.

When i would start to see family members from my dads side again i was completely nervous and remembered very little of them but to my surprised my uncle was now living with his mother now too taking care of her, it too took me awhile for me to get use to seeing everyone again but everyone from my dads side showed nothing but love and care for me welcoming me back my grandma would take me on walks by the lake, taking me to cool amusement park centers,taking me out to restaurants and taking me shopping for toys, new clothes and supplies for school and etc. And for my uncle he was now a full grown adult and took me on so manny adventures together enjoying stuff we loved so much like movies and games and would have sleepovers staying up late all night playing games together at his mothers house and was honestly being a father figure in my life that i lost at a young age.

I could go on and about how Josh was and is still is one of the most important figures in my life but i place my faith that he will make it through this rough time he is going through and make it out i hope my words can have an impact on your judgment and help you see what he means to me because he has been a huge impact on my life, thank you for your time.